| | |
|---|---|
| 1 | RONALD S. LEMIEUX (SBN 120822) |
| | ronlemieux@paulhastings.com |
| 2 | TERRY D. GARNETT (SBN 151212) |
| | terrygarnett@paulhastings.com |
| 3 | VINCENT K. YIP (SBN 170665) |
| | vincentyip@paulhastings.com |
| 4 | |
| | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 5 | Five Palo Alto Square |
| | Sixth Floor |
| 6 | Palo Alto, CA  94306-2155 |
| | Telephone:  (650) 320-1800 |
| 7 | Facsimile:  (650) 320-1900 |
| 8 | Attorneys for Plaintiff |
| | Silicon Graphics, Inc. |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | LG ELECTRONICS, INC., | RELATED CASE NO.:    C 01-01375 CW |
| 14 |           Plaintiff and Counterclaim |                           C 01-01594 CW |
| |           Defendant, |                           C 01-02187 CW |
| 15 | |                           C 01-01552 CW |
| 16 |     vs. | CASE NO. TO BE RELATED: C  06-06100 BZ |
| 17 | BIZCOM ELECTRONICS, INC., | |
| | COMPAL ELECTRONICS, INC., and | **PROOF OF SERVICE** |
| 18 | SCEPTRE TECHNOLOGIES, INC. | |
| 19 | _____/ | **THIS DOCUMENT RELATES TO** |
| | EVEREX SYSTEMS, INC. | **ALL CASES** |
| 20 | | |
| 21 | _____/ | |
| | FIRST INTERNATIONAL COMPUTER, | |
| 22 | INC. and FIRST INTERNATIONAL | |
| | COMPUTER OF AMERICA, INC. | |
| 23 | _____/ | |
| 24 | Q-LITY COMPUTER, ICN., QUANTA | |
| | COMPUTER, INC., and QUANTA | |
| 25 | COMPUTER USA, INC. | |
| | _____/ | |
| 26 | | |
| |           Defendants and | |
| 27 |           Counterclaimants. | |
| 28 | | |

| | |
|---|---|
| PROOF OF SERVICE | CASE NO. C 01-01552 CW |

The undersigned hereby certifies and declares as follows:

I am a citizen of the United States, am over the age of 18 years and am not a party to this action. My business address is Five Palo Alto Square, Sixth Floor, Palo Alto, California.

On October 5, 2006, all counsel of record who have consented to electronic service are being served a copy of this document via the court's CM/ECF.

On October 5, 2006, service was also executed on the parties indicated below by serving a copy of the following documents:

**PLAINTIFF SILICON GRAPHICS, INC.'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO CONSIDER WHETHER CASE SHOULD BE RELATED;**

**DECLARATION OF RONALD S. LEMIEUX RE PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

**[PROPOSED] ORDER GRANTING SILICON GRAPHICS, INC.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 3-12**

via first-class mail in sealed envelopes with postage fully prepaid, on the following:

| | |
|---|---|
| Nathan W. McCutcheon<br>Morgan Lewis & Brisbois<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>Richard G. Taranto, Esq.<br>Farr & Tarranto<br>1220 - 19th Street, NW, Suite 800<br>Washington, DC  20036-2435<br><br>Collin W. Park<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br><br>David M. Morris, Esq.<br>Morgan Lewis & Bockius LLP<br>1111 Pennsylvania Ave., NW<br>Washington, DC  20004<br><br>Kimberly A. Donovan, Esq.<br>GCA Law Partners, LLP<br>1891 Landings  Drive<br>Mountain View, CA  94043<br><br>Matthew T. Powers, Esq.<br>Sidley Austin Brown & Wood LLP<br>555 California Street, Suite 5000<br>San Francisco, CA  94104-1715 | Counsel for LG ELECTRONICS, INC. |

PROOF OF SERVICE  -1-  CASE NO. C 01-01552 CW

| | | |
|---|---|---|
| 1 | Michael J. McKeon, Esq.<br>Fish & Richardson, P.C. | Counsel for LG ELECTRONICS, INC. |
| 2 | 1425 K Street, NW, Suite 1100<br>Washington, DC 20005 | |
| 3 | | |
| 4 | Michael T. Schaengold, Esq.<br>Patton Boggs LLP<br>2550 M Street, NW | |
| 5 | Washington, DC 20037 | |
| 6 | | |
| 7 | Thomas B. Kenworth, Esq.<br>Morgan Lewis & Bockius LLP | |
| 8 | 1111 Pennsylvania Avenue, NW<br>Washington, DC 20004 | |
| 9 | | |
| 10 | William D. Connell, Esq.<br>General Counsel Associates | |
| 11 | 1891 Landings Drive<br>Mountain View, CA 94043 | |
| 12 | | Counsel for BIZCOM ELECTRONICS, |
| 13 | Matthew J. Hult, Esq. | INC., COMPAL ELECTRONICS, INC.,<br>abd SCEPTRE TECHNOLOGIES, INC. |
| 14 | William L. Anthony, Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road | |
| 15 | Menlo Park, CA 94025 | |
| 16 | | |
| 17 | Joseph L. Strabala, Esq.<br>Law Offices of Joseph L. Strabala | Counsel for EVEREX SYSTEMS, INC. |
| 18 | One Embarcadero Center<br>San Francisco, CA 94111 | |
| 19 | | |
| 20 | Stephen Michael Hall, Esq.<br>Arent Fox PLLC | Counsel for GOVERNMENT<br>TECHNOLOGY SERVICES, INC. |
| 21 | 1050 Connecticut Ave., NW<br>Washington, DC 20036 | |
| 22 | V. Rick Nishanian, Esq. | Counsel for MICROBASE CORPORATION |
| 23 | Vanderpool Frostick & Nishanian, PC<br>9324 West Street, Suite 400 | |
| 24 | Manassas, VA 20110-4152 | |
| 25 | Raymond R. Siberine, Esq.<br>Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein | Counsel for EXPERT COMPUTER GROUP<br>CORPORATION |
| 26 | Five Becker Farm Road<br>Roseland, NJ 07068-1739 | |
| 27 | | |
| 28 | | |

Case No.                                      -2-

| | |
|---|---|
| Terry D. Garnett, Esq.<br>Maxwell A. Fox, Esq.<br>Alschuler Grossman Stein & Kahan LLP<br>1620 - 26th Street, Fourth Floor<br>Santa Monica, CA  90404-4060 | Counsel for Q-LITY COMPUTER, INC.,<br>QUANTA COMPUTER, INC., and<br>QUANTA COMPUTER USA, INC. |
| Tyler G. Newby, Esq.<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041-2008 | Counsel for Q-LITY COMPUTER, INC.,<br>QUANTA COMPUTER, INC., and<br>QUANTA COMPUTER USA, INC. |
| Phillip D. Segrest, Jr., Esq.<br>Welsh & Katz, Ltd.<br>120 South Riverside Plaza, 22nd Floor<br>Chicago, IL  60606 | Counsel for PAPST LICENSING GmbH &<br>CO. |
| Edward A. Infante<br>JAMS<br>Two Embarcadero Center, Suite 1100<br>San Francisco, CA  94111 | Special Counsel<br>Pro Se |

Executed on October 5, 2006, at Palo Alto, California.

I declare under penalty of perjury under the laws of the United States of American that the foregoing certification is true and correct.

                                                 /s/<br>                                     Rose Jones-Shine

LEGAL_US_W # 54511441.1

Case No.                                    -3-