1 | PETER H. KANG (SBN 158101)
pkang@sidley.com
2 | ROBERT B. MORRILL (SBN 35488)
rmorrill@sidley.com
3 | MATTHEW T. POWERS (SBN 124493)
mpowers@sidley.com
4 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
5 | San Francisco, CA  94104
Telephone:  (415) 772-7200
6 | Facsimile:   (415) 772-7400

7 | Attorneys for Defendant
LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SILICON GRAPHICS, INC., | Case No.:  CV-C06-06100 CW |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANT LG ELECTRONICS, INC. TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT (CIVIL L.R. 6-2, 16-2(D))** |
| v. | |
| LG ELECTRONICS, INC., | |
| Defendant. | |

  WHEREAS, plaintiff Silicon Graphics, Inc. ("SGI"), filed its Complaint in this action on September 28, 2006;

  WHEREAS, pursuant to the Minute Order and Case Management Order of 12/27/06 the Case Management Conference in the above captioned matter was set for February 2, 2007;

  WHEREAS, pursuant to the minute Order and Case Management Order of 12/27/06, the time for Defendant LG Electronics, Inc. ("LGE") to file a responsive pleading was extended to February 5, 2007;

  WHEREAS, the parties are actively involved in discussions that would resolve the issues in the lawsuit;

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR RESPONSE TO COMPLAINT**
**CASE NO. CV-C06-06100 CW**

1   WHEREAS, pursuant to Civil L.R. 6-1(a), the parties agree that LGE
2  should be permitted a sixty (60) day extension of time to answer, plead or otherwise
3  respond to the Complaint, and respectfully request that the Court order LGE's responsive
4  pleading be due on or before April 6, 2007;

5   WHEREAS, pursuant to Civil L.R. 7-12 and 16-2, the parties agree that the
6  Case Management Conference in this action be continued until April 20, 2007 at 1:30
7  p.m., or such time thereafter as is convenient for the court, and respectfully request that
8  the Court so continue the Case Management Conference;

9   WHEREFORE, the parties, by and through their respective undersigned
10 counsel, respectfully request the Court continue the Case Management Conference and
11 reschedule the date for LGE to file its responsive pleading as stipulated above.

Dated: January 30, 2007          SIDLEY AUSTIN LLP

                                 By: __/s/ Matthew T. Powers_____

                                 Attorneys for Defendant LG ELECTRONICS, INC.,

Dated: January 30, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                 By: ___/s/_Ronald S. Lemieux_____

                                 Attorneys for Plaintiff SILICON GRAPHICS, INC.

*Filer's Attestation: Matthew T. Powers hereby attests that concurrence in the filing of this document has been obtained from all signatories.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  CMC continued to 4/20/07 at 1:30 p.m.**

Dated: February 1 ,2007          _____
                                 Honorable Judge Claudia Wilken
                                 United States District Judge

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR RESPONSE TO COMPLAINT**
**CASE NO. CV-C06-06100 CW**

2

SF1 1447821v.1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR RESPONSE TO COMPLAINT**
**CASE NO. CV-C06-06100 CW**

3