PETER H. KANG (SBN 158101)
pkang@sidley.com
ROBERT B. MORRILL (SBN 35488)
rmorrill@sidley.com
MATTHEW T. POWERS (SBN 124493)
mpowers@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-7200
Facsimile:   (415) 772-7400

Attorneys for Defendant
LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILICON GRAPHICS, INC.,<br><br>              Plaintiff,<br>       v.<br>LG ELECTRONICS, INC.,<br><br>              Defendant. | Case No.:  CV-C06-06100 CW<br><br>**ORDER GRANTING STIPULATED REQUEST TO  CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME FOR DEFENDANT LG ELECTRONICS, INC. TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT AND ORDER GRANTING REQUEST (CIVIL L.R. 6-2, 16-2(D))** |

WHEREAS, plaintiff Silicon Graphics, Inc. ("SGI"), filed its Complaint in this action on September 28, 2006;

WHEREAS, pursuant to the Minute Order and Case Management Order of 12/27/06 the Case Management Conference in the above captioned matter was set for February 2, 2007;

WHEREAS, pursuant to the minute Order and Case Management Order of 12/27/06, the time for Defendant LG Electronics, Inc. ("LGE") to file a responsive pleading was extended to February 5, 2007;

WHEREAS, pursuant to the Order Granting Stipulated Request to Continue Case Management Conference and Extend Time for Defendant LG Electronics,

1  Inc. to Answer, Plead or Otherwise Respond to Complaint of February 1, 2007, the time
2  for LGE to file a responsive pleading was extended to April 6, 2007 and the Case
3  Management Conference was continued to April 20, 2007.
4        WHEREAS, the parties have been and continue to be actively discussing a
5  settlement that would resolve the issues in the lawsuit;
6        WHEREAS, pursuant to Civil L.R. 6-1(b), the parties agree that LGE
7  should be permitted a thirty (30) day extension of time to answer, plead or otherwise
8  respond to the Complaint, and respectfully request that the Court order LGE's responsive
9  pleading be due on or before May 7, 2007;
10       WHEREAS, pursuant to Civil L.R. 7-12 and 16-2, the parties agree that the
11 Case Management Conference in this action be continued until June 5, 2007 at 2:00 p.m.,
12 or such time thereafter as is convenient for the court, and respectfully request that the
13 Court so continue the Case Management Conference;
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26
27
28

WHEREFORE, the parties, by and through their respective undersigned counsel, respectfully request the Court continue the Case Management Conference and reschedule the date for LGE to file its responsive pleading as stipulated above.

Dated:  April 3, 2007          SIDLEY AUSTIN LLP

By: __/s/ Robert B. Morrill_____

Attorneys for Defendant LG ELECTRONICS, INC.,

Dated:  April 3, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ___/s/ _Ronald S. Lemieux_____

Attorneys for Plaintiff SILICON GRAPHICS, INC.

*Filer's Attestation: Matthew T. Powers hereby attests that concurrence in the filing of this document has been obtained from all signatories.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  CMC continued to June 5, 2007 at 2:00 p.m.**

Dated:  April 9, 2007  _____
                          Honorable Judge Claudia Wilken
                          United States District Judge

SF1 1452237v.1