PETER H. KANG (SBN 158101)
pkang@sidley.com
ROBERT B. MORRILL (SBN 35488)
rmorrill@sidley.com
MATTHEW T. POWERS (SBN 124493)
mpowers@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-7200
Facsimile:   (415) 772-7400

Attorneys for Defendant
LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILICON GRAPHICS, INC.,<br><br>              Plaintiff,<br>     v.<br>LG ELECTRONICS, INC.,<br><br>              Defendant. | Case No.:  CV-C06-06100 CW<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT LG ELECTRONICS, INC. TO ANSWER, PLEAD OR OTHERWISE RESPOND TO COMPLAINT AND ORDER GRANTING REQUEST (CIVIL L.R. 6-2, 16-2(D))** |

WHEREAS, plaintiff Silicon Graphics, Inc. ("SGI"), filed its Complaint in this action on September 28, 2006;

WHEREAS, pursuant to the Minute Order and Case Management Order of 12/27/06 the Case Management Conference in the above captioned matter was set for February 2, 2007;

WHEREAS, pursuant to the minute Order and Case Management Order of 12/27/06, the time for Defendant LG Electronics, Inc. ("LGE") to file a responsive pleading was extended to February 5, 2007;

WHEREAS, pursuant to the Order Granting Stipulated Request to Continue Case Management Conference and Extend Time for Defendant LG Electronics,

**STIPULATED REQUEST TO EXTEND TIME FOR RESPONSE TO COMPLAINT; [PROPOSED] ORDER
CASE NO. CV-C06-06100 CW**

1

SF1 1460772v.1

1   Inc. to Answer, Plead or Otherwise Respond to Complaint of February 1, 2007, the time

2   for LGE to file a responsive pleading was extended to April 6, 2007 and the Case

3   Management Conference was continued to April 20, 2007;

4              WHEREAS, pursuant to the Order Granting Stipulated Request to

5   Continue Case Management Conference and Extend Time for Defendant LG Electronics,

6   Inc. to Answer, Plead or Otherwise Respond to Complaint of April 9, 2007, the time for

7   LGE to file a responsive pleading was extended to May 7, 2007, and the Case

8   Management Conference was continued to June 5, 2007 at 2:00 p.m.;

9              WHEREAS, the parties have been and continue to be actively discussing a

10  resolution that would resolve the issues in the lawsuit, and have now decided to defer

11  litigation of this matter by seeking a stay of this case pending the resolution of related

12  cases No. C 01-01375, et al., and need additional time to formalize the terms of a

13  stipulation to that effect;

14             WHEREAS, pursuant to Civil L.R. 6-1(b), the parties agree that LGE

15  should be permitted a fourteen (14) day extension of time to answer, plead or otherwise

16  respond to the Complaint, and respectfully request that the Court order LGE's responsive

17  pleading be due on or before May 21, 2007;

18             WHEREFORE, the parties, by and through their respective undersigned

19  counsel, respectfully request the Court extend the date for LGE to file its responsive

20  pleading as stipulated above.

21

22

23

24

25

26

27

28

2

**STIPULATED REQUEST TO EXTEND TIME FOR RESPONSE TO COMPLAINT; [PROPOSED] ORDER**
**CASE NO. CV-C06-06100 CW**
SF1 1460772v.1

1  Dated: May 7, 2007             SIDLEY AUSTIN LLP

2

3                                 By:  /s/ Robert B. Morrill

4                                 Attorneys for Defendant LG ELECTRONICS, INC.,

5
   Dated: May 7, 2007             PAUL, HASTINGS, JANOFSKY & WALKER LLP
6

7                                 By:  /s/ Ronald S. Lemieux

8                                 Attorneys for Plaintiff SILICON GRAPHICS, INC.

9  *Filer's Attestation: Matthew T. Powers hereby attests that concurrence in the filing of
10 this document has been obtained from all signatories.*

11

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13 Dated: May 8, 2007             _____
14                                Honorable Judge Claudia Wilken
                                  United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                  3
**STIPULATED REQUEST TO EXTEND TIME FOR RESPONSE TO COMPLAINT; [PROPOSED] ORDER**
**CASE NO. CV-C06-06100 CW**
SF1 1460772v.1