PETER H. KANG (SBN 158101)
pkang@sidley.com
ROBERT B. MORRILL (SBN 35488)
rmorrill@sidley.com
MATTHEW T. POWERS (SBN 124493)
mpowers@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 772-7200
Facsimile:   (415) 772-7400

Attorneys for Defendant
LG ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILICON GRAPHICS, INC.,<br><br>    Plaintiff,<br>  v.<br>LG ELECTRONICS, INC.,<br><br>    Defendant. | Case No.:  CV-C06-06100 CW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE (F. R. CIV. PROC. 41(A))** |

    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Silicon Graphics, Inc. ("plaintiff") and defendant LG Electronics, Inc. ("defendant") hereby stipulate to the dismissal, of all claims pending in the complaint filed September 28, 2006 (the "complaint") in this action, subject to the following terms:

    1.  Upon the filing of this Dismissal, this action is Dismissed without prejudice.

    2.  Defendant waives all damages that accrue or have accrued since May 8, 2006 with respect to the patents identified in the complaint, up to the date that any complaint regarding said patents is refiled.

3.	If LGE wishes in the future to pursue claims based upon the patents identified in the complaint against plaintiff, LGE shall give counsel of record in this action 30 days' written notice that it wishes to pursue such claims.  Plaintiff shall be permitted to refile its claims for declaratory relief prior to the end of that 30 day period.  Any damages for any alleged infringement of the patents identified in the complaint begin to accrue from the date any complaint with respect to said patents is filed by either party.

Dated:  May 31, 2007		SIDLEY AUSTIN LLP


				By:  __/s/ Matthew T. Powers_____

				Attorneys for Defendant LG ELECTRONICS, INC.,

Dated:  May 31, 2007		PAUL, HASTINGS, JANOFSKY & WALKER LLP

				By:   /s/ Ronald S. Lemieux                              

				Attorneys for Plaintiff SILICON GRAPHICS, INC.

*Filer's Attestation: Matthew T. Powers hereby attests that concurrence in the filing of this document has been obtained from all signatories.*

**STIPULATION OF DISMISSAL**
**CASE NO. CV-C06-06100 CW**
SF1 1462540v.1

2